JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
JOSE E. CARMONA, ESQ.
Nevada Bar No. 14494
**PYATT SILVESTRI**
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com
jcarmona@pyattsilvestri.com

Attorneys for Plaintiff,
Century-National Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTURY-NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>KIRK R. NICKUM, DOES I through X; ROES I through X,<br><br>Defendants. | CASE NO.: 2:26-cv-02307-JAD-EJY<br><br>**STPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF/COUNTERDEFENDANT'S OPPOSITION TO COUNTERCLAMAINT'S MOTION FOR DECLARATORY RELIEF (FIRST REQUEST)** |

The Parties hereto, by and through their undersigned counsel of record, hereby stipulate to extend the time for Plaintiff/Counterdefendant, CENTURY-NATIONAL INSURANCE COMPANY, to submit its Opposition to Counterclamaint's Motion for Declaratory Relief and Plaintiff/Counterdefendant's Answer to Counterclaim for Declaratory Relief until **October 1, 2026**. Defendant/Counterclamaint's Motion for Declaratory Relief, ECF No. 8, was filed on September 10, 2026. Plaintiff/Counterdefendant's Opposition to Counterclamaint's Motion for Declaratory Relief is currently due on **September 24, 2026**. No hearing has been set in this matter. This is the Parties' first request.

/ / /

/ / /

Plaintiff/Counterdefendant's counsel has been out of the office for an emergency medical procedure and seeks to extend the deadline for Plaintiff/Counterdefendant's Opposition to Counterclamaint's Motion for Declaratory Relief for *one week* until **October 1, 2026.**

Dated this this 24th day of September, 2026.

PYATT SILVESTRI

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Attorneys for Plaintiff,
Century-National Insurance Company

Dated this this 24th day of September, 2026.

LAW OFFICE OF JAMES J. REAM

/s/ James J. Ream
JAMES J. REAM, ESQ.
Nevada State Bar No. 3573
106 S. Jones Boulevard
Las Vegas, NV 89107
Attorneys for Plaintiff,
Century-National Insurance Company

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on September 24, 2026, I received concurrence from Defendant's counsel, James J. Ream, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this this 24th day of September, 2026.

PYATT SILVESTRI

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603

**IT IS SO ORDERED.**

Dated this 24th of Setpember, 2026.

UNITED STATES MAGISTRATE JUDGE